# CRIMINAL CAUSE FOR STATUS CONFERENCE

**BEFORE JUDGE SEYBERT,** Date: 6/ 7/2013  Time: 11:30

**Docket number:** CR 12-732  **Title:** USA-V-

**Deft. name:** John Doe  **Deft. #**

  __X__ present  ___ not present  __X__ in custody  ___ on bail

  **Atty for deft:** Maureen Hoerger  __X__ C.J.A.
    __X__ present  ___ not present  ___ retained

**A.U.S.A.** Christopher Caffarone  **Deputy clerk:** Charles Baran

**Court reporter:**  ___ P. Auerbach  ___ E. Combs  ___ P. Lombardi
  ___ S. Picozzi  ___ H. Rapaport  ___ M. Steiger  ___ R. Tolkin
  ___ D. Tursi  __X__ O. Wicker

__X__  Case called; counsel for all sides present.

__X__  Sentence date set for 12/13/2013 at 11:00am.

___  Bail status continued.

__X__  Defendant remains in custody.

___  Other: